UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT Knoxville


FILED
SEP 3 0 2021
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

Jemie L Jones )
_____ )
_____ )
(Enter above the NAME of the
plaintiff in this action.) )

3:21 cv 339
Varlan / Guyton

v. )

Sheriff Robbie Goins )
Admin. Stoney Love )
Campbell Canty )
(Enter above the NAME of each
defendant in this action.) )

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I. PREVIOUS LAWSUITS

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO (✓)

    B. If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1. Parties to the previous lawsuit:

        Plaintiffs: _____

        Defendants: _____

1

2. COURT: (If federal court, name the district; if state court, name the county): _____

3. DOCKET NUMBER: _____

4. Name of Judge to whom case was assigned: _____

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: Campbell County Jail

A. Is there a prisoner grievance procedure in this institution? YES (✓) NO ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES (✓) NO ( )

C. If your answer is YES,

1. What steps did you take? Filed Grievances on Kiosk on on all matters listed in Complaint

2. What was the result? No reply as of yet

D. If your answer to B is NO, explain why not. _____

E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES ( ) NO ( )

F. If your answer is YES,

1. What steps did you take? _____

2

I wrote the Sheriff of Campbell County Jail the Final Policy Maker and advised him of my citation and impoundment. Jail Administrator, no response and also have grieved this matter. According to state law I'm supposed to get an hour outside a day that I do not receive and can't receive here and deprives me of Sunshine which effects my Vitamin D which is essential to my health.

The Delay to my commitment to the Department of Corrections and access to programs and work is a violation of state law. I am a sentenced Inmate sentenced for years, and there is a continuous violation here of State Statue which the Sheriff and the Administrator has been advised. I am sentenced to the Department of Corrections am intitled to the same as a Inmates in the Department.

1. Not receiving an hour outside a day, State law violation Sta
2. No Access to programs Not being kept at work or and education. State law violation. Statue
3. Sheriff to resolute Incarsarations, supposed to commit Inmate to Department of Corrections as soon as possible, I've been here six months, violation of state Statue law. And the governor hasn't invoked the overcrowded Resolation.

4

4. Not receiving my Sentence Reduction Credits as State law provides. Violation of State law State. I am entitled to what state law provides and the same as a TDOC Inmate in the Department.

2. What was the result? _____

_____

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: James Jones

Present address: P.O. Box 82 Jacksboro TN 37757

Permanent home address: 143 Fox Branch Rd Clairfield 37715

Address of nearest relative: 143 Fox Branch Rd Clairfield 37715

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: Robbie Goins, Stoney Love, Campbell County

Official position: Sheriff, Jail Administrator, County of Campbell

Place of employment: Sheriff Dept, Jacksboro TN, Campbell County.

C. Additional defendants: Stoney Love, Campbell County

_____

_____

_____

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

_____

_____

3

