UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| JAMIE L. JONES, | ) |
| Plaintiff, | ) |
| v. | ) No.: 3:21-CV-339-TAV-HBG |
| SHERIFF ROBBIE GOINS, ADMIN. STONEY LOVE, and CAMPBELL COUNTY, | ) |
| Defendants. | ) |

## JUDGMENT ORDER

For the reasons set forth in the Memorandum and Order filed herewith, it is **ORDERED** and **ADJUDGED** that this prisoner's pro se civil rights action filed under 42 U.S.C. § 1983 is **DISMISSED** for failure to state a claim upon which relief may be granted. 28 U.S.C. §§ 1915(e)(2)(B) and 1915A.

Because the Court **CERTIFIED** in the Memorandum and Order that any appeal from this Order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24. The Clerk is **DIRECTED** to **CLOSE** the file.

**ENTER:**

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

　　LeAnna R. Wilson
　　CLERK OF COURT